# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:19-CR-253-TSE |
| | : | |
| KRISTOPHER DALLMANN | : | |
|     Defendant. | | |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Criminal Rule 49.1, the defendant, through counsel, moves for an Order sealing Defendant's Exhibits in the Motion to Suppress Statements and Evidence filed on April 2, 2020.

Respectfully Submitted,
Kristopher Dallmann
By Counsel

      /s/
Vernida R. Chaney
Chaney Law Firm PLLC
4120 Leonard Drive
Fairfax, VA 22030
Tel.  703-879-6650
Fax  703-776-9008
vchaney@chaneylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, I will file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

           /s/
Vernida R. Chaney
Chaney Law Firm PLLC
4120 Leonard Drive
Fairfax, VA 22030
Tel.  703-879-6650
Fax  703-776-9008
vchaney@chaneylawfirm.com