UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**v.** )<br>)     **Case No. 1:19-cr-253-TSE**<br>**DOUGLAS M. COURSON,** )<br>)<br>       **Defendant.** ) | |

### NOTICE OF WAIVER OF APPEARANCE

COMES NOW the Defendant, DOUGLAS M. COURSON, by and through counsel, and waives his right to be present at the motions hearing scheduled for July 9, 2020.

Respectfully submitted,

DOUGLAS M. COURSON
By Counsel

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed by CM/ECF on the 6th of June 2020, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III