## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 07/09/2020                                   Before the Honorable: **T.S. ELLIS, III**

Time: 10:19 a.m. – 10:52 a.m. (00:33)              Case No.: 1:19-cr-00253-TSE

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

**UNITED STATES OF AMERICA**

**v.**

| | |
|---|---|
| **KRISTOPHER LEE DALLMANN (1)** | [ X ]  Failed to Appear |
| **DOUGLAS M. COURSON (3)** | [ X ]  Appearance Waived |
| **FELIPE GARCIA (4)** | [ X ]  Appearance Waived |
| **JARED EDWARD JAUREQUI (5)** | [ X ]  Failed to Appear |
| **PETER H. HUBER (6)** | [ X ]  Appearance Waived |
| **YOANY VAILLANT (7)** | [ X ]  Appearance Waived |

| Counsel for Government | Counsel for Defendant |
|---|---|
| Alexander Berrang | Vernida Chaney (1) |
| Matthew Lamberti | Pleasant Brodnax, III (3) |
| William Fitzpatrick | Marc Massey, John Kiyonaga (4) |
| Loraine McNeill (Paralegal) | John Iweanoge (5) |
| | Christopher Amolsch (6) |
| | Lana Manitta (7) |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re: Pretrial Release Violation and Evidentiary Hearing:**
  [ 197 ]  Government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege
  [ 242 ]  Defendant Kristopher Lee Dallmann's Motion to Suppress Statements and Evidence
  [ 275 ]  Defendant, Jared Jaurequi's Motion and Incorporated Memorandum of Law to Suppress Statements and Evidence
  [ 356 ]  Government's Motion for Issuance of Bench Warrants and to Proceed with Motions Hearing by Permitting Defendants to Appear Remotely

[ X ]  Granted in part/Denied in part on [ 356 ].  Court ordered bench warrants issued on Kristopher Lee Dallmann (1) and Jared Edward Jaurequi (5)

- Counsel for Kristopher Lee Dallmann (1) and Jared Edward Jaurequi (5) will have an opportunity to seek reconsideration on the warrants.
- Pretrial Release Violation, Evidentiary Hearing, and Argument on Motions continued.

[ X ]  Order to Follow